```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01282
   MAURICE HILL
   DEBBIE Y HILL                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6342    SSN XXX-XX-0271


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/22/2008 and was confirmed 04/07/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          261.69             .00             .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   16400.00          192.87         1523.02
CAPITAL ONE AUTO FINANCE  UNSECURED         3162.51             .00             .00
COMMONWEALTH EDISON       UNSECURED          597.91             .00             .00
PREMIER BANCARD CHARTER   UNSECURED          245.87             .00             .00
GALVAN SILVA ROSA DDS     UNSECURED          420.41             .00             .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED             .00             .00
WILSHIRE MTG              CURRENT MORTG         .00             .00             .00
WILSHIRE MTG              MORTGAGE ARRE   13336.32             .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED             .00             .00
BUD S AMBULANCE SERVICE   UNSECURED       NOT FILED             .00             .00
CCA                       UNSECURED       NOT FILED             .00             .00
CHASE                     UNSECURED       NOT FILED             .00             .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED             .00             .00
S & P CAPITAL INVESTMENT  UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING   SPECIAL CLASS   NOT FILED             .00             .00
CITY OF CHICAGO PARKING   SPECIAL CLASS   NOT FILED             .00             .00
CITY OF CHICAGO PARKING   SPECIAL CLASS      400.00             .00             .00
THE BUREAUS INC           UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          135.06             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          296.14             .00             .00
ICE MOUNTAIN SPRING WATE  UNSECURED       NOT FILED             .00             .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00             .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00             .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00             .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00             .00
MERRICK BANK              UNSECURED          730.27             .00             .00
MICHAEL REESE             UNSECURED       NOT FILED             .00             .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED             .00             .00
SBC                       UNSECURED       NOT FILED             .00             .00
SEVENTH AVENUE            UNSECURED          233.28             .00             .00
ST JAMES OLYMPIA FIELDS   UNSECURED       NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 01282 MAURICE HILL & DEBBIE Y HILL
```

```
ST JAMES RADIOLOGISTS     UNSECURED      NOT FILED            .00              .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY    NOT FILED            .00              .00
LEGAL HELPERS PC          DEBTOR ATTY    2,213.00                           202.31
TOM VAUGHN                TRUSTEE                                           166.80
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,085.00

PRIORITY                                              .00
SECURED                                          1,523.02
    INTEREST                                       192.87
UNSECURED                                             .00
ADMINISTRATIVE                                     202.31
TRUSTEE COMPENSATION                               166.80
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                    2,085.00                2,085.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE